IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMAD SAFDAR SHEIKH,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN ASHCROFT,<br><br>    Defendant.<br>_____/ | No. C 03-05604 JSW<br><br>**ORDER REQUIRING BRIEFING ON REAL ID ACT** |

On May 11, 2005, after the parties submitted briefs in this case, Congress enacted the Real ID Act of 2005, Pub.L. No. 109-13, Div. B, 119 Stat. 311. Section 106(a) of the REAL ID Act amends section 242 of the Immigration and Nationality Act, 8 U.S.C. § 1252 to provide that:

> Notwithstanding any other provision of law (statutory or nonstatutory), including section 2241 of title 28, United States Code, or any other habeas corpus provision, and sections 1361 and 1651 of such title, a petition for review filed with an appropriate court of appeals in accordance with this section shall be the sole and exclusive means for judicial review of an order of removal entered or issued under any provision of this Act, except as provided in subsection (e).

The REAL ID Act is retroactive and thus, applies to currently pending habeas petitions. *See* § 106(b) of the REAL ID Act. Pursuant to section 106(c) of the REAL ID Act, district courts are directed to transfer all pending habeas petitions filed under 28 U.S.C. § 2241 challenging a final administrative order of removal, deportation, or exclusion, to the court of appeals for the circuit in which a petition for review could have been properly filed. *See* § 106(c) of the REAL ID Act.

The Court HEREBY ORDERS that the parties shall provide further briefing on whether the above captioned matter should be transferred to the Ninth Circuit pursuant to the REAL ID Act. Defendant shall file a brief on this issue by no later than August 17, 2005. Plaintiff shall file a brief on this issue by no later than noon on August 26, 2005.

**IT IS SO ORDERED.**

Dated: August 8, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE