IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MOHAMAD SAFDAR SHEIKH,

    Plaintiff,

v.

ALBERTO GONZALES, Attorney General of the United States,

    Defendant.

No. C 03-05604 JSW

**ORDER SETTING TIME TO FILE AMENDED COMPLAINT**

On September 19, 2005, the Court dismissed Plaintiff's complaint but granted leave to amend to seek habeas relief. Plaintiff has not yet filed an amended complaint. The Court HEREBY ORDERS that Plaintiff's deadline to file an amended complaint is November 22, 2005. If Plaintiff does not file an amended complaint by this date, the Court will dismiss the above-captioned action without prejudice.

**IT IS SO ORDERED.**

Dated: October 24, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE