KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-7169
Email: edward.olsen@usdoj.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MOHAMAD SAFDAR SHEIKH, ) | |
| ) | No. C 03-5604-JSW |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | **STIPULATION TO A BRIEFING** |
| MICHAEL CHERTOFF, Secretary, Department ) | **SCHEDULE AND [PROPOSED] ORDER** |
| of Homeland Security; ALBERTO GONZALES, ) | |
| Attorney General, Department of Justice, ) | |
| NANCY ALCANTAR, Field Office Director, ) | |
| USICE, San Francisco District, ) | |
| ) | |
| Respondents. ) | |

Petitioner, by and through his attorney of record, and respondents, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following briefing schedule:

| | |
|---|---|
| Respondents' Return to Habeas Petition due: | January 20, 2006 |
| Petitioner's Traverse due: | February 3, 2006 |
| Hearing: | February 17, 2006 at 9:00 a.m. |

STIPULATION TO A BRIEFING SCHEDULE; AND [PROPOSED] ORDER
C 03-5604-JSW

| | | |
|---|---|---|
| 1 | | |
| 2 | Date: December 15, 2005 | Respectfully submitted, |
| 3 | | KEVIN V. RYAN<br>United States Attorney |
| 4 | | |
| 5 | | |
| 6 | | /s/<br>EDWARD A. OLSEN[1] |
| 7 | | Assistant United States Attorney<br>Attorneys for Respondents |

Date: December 15, 2005

/s/
KIP EVAN STEINBERG, Esq.
Attorney for Petitioner

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: December 16, 2005         _____
                                JEFFREY S. WHITE
                                United States District Judge

---

[1] I, Edward A. Olsen, attest that both Attorney Steinberg and I have signed this stipulation and will produce the original signed copies upon request.

STIPULATION TO A BRIEFING SCHEDULE; AND [PROPOSED] ORDER
C 03-5604-JSW