IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMAD SAFDAR SHEIKH,<br><br>    Petitioner,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary,<br>Department of Homeland Security, et al.<br><br>    Respondents.<br>_____/ | No. C 03-05604 JSW<br><br>**ORDER REQUIRING STATUS REPORT** |

On February 23, 2006, Court dismissed the petition for writ of habeas corpus filed by Petitioner Mohamad Safdar Sheikh ("Sheikh") without prejudice to Sheikh filing an amended complaint under the Administrative Procedure Act, 5 U.S.C. § 701 *et. seq*. ("APA") if his application for cancellation is granted and the government declines to appeal. There has been no further action by the parties in this matter. Accordingly, the parties are HEREBY ORDERED to provide the Court with a joint status report on the status of the Sheikh's application for cancellation by no later than September 14, 2006.

**IT IS SO ORDERED.**

Dated: September 5, 2006

                                                                                 JEFFREY S. WHITE<br>
                                                                                 UNITED STATES DISTRICT JUDGE