IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMAD SAFDAR SHEIKH,<br><br>    Petitioner,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary,<br>Department of Homeland Security, et al.<br><br>    Respondents.<br>_____/ | No. C 03-05604 JSW<br><br>**ORDER REQUIRING STATUS REPORT** |

On September 8, 2006, the parties filed a joint status report with the Court. In that report, the parties advised that Plaintiff's removal hearing was rescheduled until January 17, 2007. The Court HEREBY ORDERS the parties to submit a further status report by no later than February 2, 2007, advising the Court of the status of the pending administrative proceedings, whether the Plaintiff expects to file an amended complaint, and whether this matter may be closed.

**IT IS SO ORDERED.**

Dated: January 3, 2007

                                                                                                                JEFFREY S. WHITE<br>
                                                                                                                UNITED STATES DISTRICT JUDGE