1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-6915
       FAX: (415) 436-6927
7      Email: edward.olsen@usdoj.gov

8  Attorneys for Defendants

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

12

13  MOHAMAD SAFDAR SHEIKH                    )
                                             )
                                             )   No. C 03-5604-JSW
14            Plaintiff,                      )
                                             )
15        v.                                  )
                                             )   **STIPULATION TO AN EXTENSION OF
16  MICHAEL CHERTOFF, Secretary, Department  )   DUE DATE FOR DEFENDANTS'
    of Homeland Security; ALBERTO GONZALES,  )   ANSWER; AND [PROPOSED] ORDER**
17  Attorney General, Department of Justice, )
    NANCY ALCANTAR, Field Office Director,   )
18  USICE, San Francisco District,           )
                                             )
19                                           )
              Defendants.                    )
20

21        Plaintiff, by and through his attorney of record, and defendants, by and through their

22  attorneys of record, hereby stipulate, subject to the approval of the Court, to a brief extension

23  of the date for the defendants' answer to the plaintiff's second amended complaint.  The

24  defendants will file their answer on or before January 25, 2008.

25

26

27

28

STIPULATION TO EXTENSION TO ANSWER DATE
C 03-5604-JSW

1   Date: January 14, 2008                    Respectfully submitted,

2                                              JOSEPH P. RUSSONIELLO
                                               United States Attorney
3

4                                                      /s/
                                               EDWARD A. OLSEN
5                                              Assistant United States Attorney
                                               Attorneys for Defendants
6

7

8                                                      /s/
    Date: January 14, 2008                    KIP EVAN STEINBERG, Esq.
9                                              Attorney for Plaintiff

10

11
                                       **ORDER**
12
            Pursuant to stipulation, IT IS SO ORDERED.
13

14

15  Date:   January 16, 2008           _____
                                               JEFFREY S. WHITE
16                                             United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO EXTENSION TO ANSWER DATE
C 03-5604-JSW