**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MOHAMAD SAFDAR SHEIKH,

    Plaintiff,

  v.

MICHAEL MUKASEY, Attorney General of the United States, et al.

    Defendants.
_____/

No. C 03-05604 JSW

**ORDER VACATING HEARING DATE**

The parties' cross-motions for summary judgment are currently set for hearing on Friday, June 20, 2008 at 9:00 a.m. This matter is now fully briefed and ripe for decision. The Court finds that this matter is appropriate for disposition without oral argument and is deemed submitted. *See* N.D. Civ. L.R. 7-1(b). Accordingly, the hearing set for June 20, 2008 is HEREBY VACATED.

**IT IS SO ORDERED.**

Dated: June 19, 2008

                                            JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE