IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MOHAMAD SAFDAR SHEIKH,

    Petitioner,

v.

MICHAEL CHERTOFF, Secretary,
Department of Homeland Security, et al.

    Respondents.

No. C 03-05604 JSW

**JUDGMENT**

Pursuant to the Court's Order entered on this date denying Plaintiff's motion for summary judgment and granting Defendants' cross-motion for summary judgment, judgment is hereby entered in favor of Defendants and against Plaintiff. Plaintiff shall take nothing by way of his Complaint.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: June 30, 2008

    JEFFREY S. WHITE
    UNITED STATES DISTRICT JUDGE